CELIA MCGUINNESS, Esq. (SBN 159420)
PAUL L. REIN, Esq. (SBN 43053)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:  510/832-5001
Facsimile:  510/832-4787
reinlawoffice@aol.com

STEVEN L. DERBY, ESQ. (SBN 148372)
THE DERBY LAW FIRM P.C.
1255 Treat Blvd. Suite 300
Walnut Creek, CA  94597
Telephone: (925) 472-6640
Facsimile:  (925) 933-3964
derby@derbydisabilitylaw.com

Attorneys for Plaintiffs
PETER HOLLAND and KRISTEN HOLLAND

*Defendants' counsel listed after the caption.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER HOLLAND and KRISTEN HOLLAND,<br><br>Plaintiffs,<br><br>v.<br><br>THE RELATED COMPANIES, INC.; THIRD AND MISSION ASSOCIATES, LLC; RELATED MANAGEMENT COMPANY, L.P.; DOES 1 through 10, Inclusive<br><br>**Defendants.** | CASE NO. 4:15-cv-03220 JSW EDL<br>**Civil Rights**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR RELATING CASES**<br> AS MODIFIED HEREIN<br><br>**L.R. 3-12 and 7-11** |

LYN R. AGRE (SBN 178218)
MARGARET A. ZIEMIANEK (SBN 233418)
GUNNAR K. MARTZ (SBN 300852)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 California Street, Suite 2300
San Francisco, California 94111
Telephone: (415) 655-4308
Facsimile: (415) 398-5030
lagre@kasowitz.com
mziemianek@kasowitz.com
gmartz@kasowitz.com

1  Attorneys for Defendants,
2  THE RELATED COMPANIES, INC.; THIRD AND MISSION ASSOCIATES, LLC; and RELATED
3  MANAGEMENT COMPANY, L.P.

4  **STIPULATION**

5  Plaintiffs PETER HOLLAND and KRISTEN HOLLAND ("PLAINTIFFS") and Defendants
6  THIRD AND MISSION ASSOCIATES, LLC, and RELATED MANAGEMENT COMPANY,
7  L.P., and RELATED COMPANIES, L.P. hereby jointly stipulate and request through their
8  attorneys of record the following:

9  1. Case Numbers 4:15-cv-03220 JSW (HOLLAND v. THE RELATED COMPANIES,
10  INC.; THIRD AND MISSION ASSOCIATES, LLC; RELATED MANAGEMENT
11  COMPANY, L.P.) and 3:16-cv-03989-JSC (HOLLAND v. THE RELATED
12  COMPANIES, L.P. aka RELATED, aka RELATED COMPANY, AND aka RELATED
13  COMPANIES, L.P.) "concern substantially the same property, transaction" and events
14  such that relation of the cases is warranted. L.R. 3-12(a)(1).

15  2. The Parties stipulate the cases should be related to avoid "unduly burdensome
16  duplication of labor and expense or conflicting results if the cases are conducted before
17  different Judges," as described in L.R. 3-12(a)(2).

18  3. The Parties further stipulate that defense counsel in Case Number 4:15-cv-03220 JSW
19  (HOLLAND v. THE RELATED COMPANIES, INC.; THIRD AND MISSION
20  ASSOCIATES, LLC; RELATED MANAGEMENT COMPANY, L.P.) will accept
21  service the complaint and other case initiating documents in 3:16-cv-03989-JSC
22  (HOLLAND v. THE RELATED COMPANIES, L.P. aka RELATED, aka RELATED
23  COMPANY, AND aka RELATED COMPANIES, L.P.).

24  4. Defendant THE RELATED COMPANIES, L.P. aka RELATED, aka RELATED
25  COMPANY, AND aka RELATED COMPANIES, L.P. shall have until August 19,
26  2016, to respond to the Complaint.

27  **IT IS SO STIPULATED.**

28

| | | |
|---|---|---|
| 1 | | |
| 2 | Date: July 25, 2016 | LAW OFFICE OF PAUL L. REIN |
| 3 | | By: */s/ Celia McGuinness* |
| 4 | | CELIA McGUINNESS, ESQ.<br>Attorneys for Plaintiffs |
| 5 | | PETER HOLLAND and KRISTEN HOLLAND |
| 6 | Date: July 22, 2016 | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP |
| 7 | | |
| 8 | | |
| 9 | | By: */s/ Lyn Agre*<br>Lyn R. Agre, Esq. |
| 10 | | Attorneys for Defendants<br>THE RELATED COMPANIES, INC.; THIRD AND |
| 11 | | MISSION ASSOCIATES, LLC; and RELATED<br>MANAGEMENT COMPANY, L.P. |

### FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-1, I hereby attest that on July 22, 2016, I, Celia McGuinness, attorney with The Law Office of Paul L. Rein, received the concurrence of Lyn R. Agre, Esq. in the filing of this document.

*/s/ Celia McGuinness*
Celia McGuinnes

# ORDER

Pursuant to stipulation, and for good cause shown, **IT IS SO ORDERED**. The Court finds that this case is related to Holland, et al. v. The Related Companies, LP, 16-cv-3989-JSC, and the lower number case shall be reassigned to the undersigned Judge.

Dated: __July 28__, 2016         _____
Honorable Jeffrey S. White
U.S. District Court Judge

The parties are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number.  Any case management conference in any reassigned case will be rescheduled by the Court.  The parties shall adjust the dates for the conference, disclosures and report required by Federal Rules of Civil Procedure 16 and 26 accordingly.  Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly undersigned judge for open and available dates for cases ending in terminal digit "0," rather than "9."  This rule applies going forward in the newly assigned case for all motions.  Any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled b the newly assigned judge.