UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER HOLLAND, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>THE RELATED COMPANIES, L.P.,<br><br>    Defendant. | Case No. 16-cv-03989-JSW<br><br>**ORDER DIRECTING PARTIES TO MEET AND CONFER AND SUBMIT SUPPLEMENTAL DECLARATIONS IN SUPPORT OF MOTION TO SEAL**<br><br>Re: Dkt. No. 28 |

On September 30, 2016, Plaintiffs filed an administrative motion to file portions of their First Amended Complaint under seal. Plaintiffs did not file a redacted version of that document. Thus, it appears that they seek to file the entire document under seal. "A sealing order may issue only upon a request that establishes that the document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law (hereinafter referred to as "sealable"). *The request must be narrowly tailored to seek sealing only of sealable material*[.]" N.D. Civ. L.R. 79-5(b).

Plaintiffs also seek to seal information that Defendants have deemed confidential pursuant to a protective order in the related action, *Holland, et al., v. Third and Mission Associates, LLC, et al.*, No. 15-cv-3220-JSW. Pursuant to Northern District Civil Local Rule 79-5, because Defendants are the designating party, they must file a declaration demonstrating that the documents may be filed under seal. N.D. Civ. L.R. 79-5(e)(1). Defendants have not filed a declaration within the time required by the Local Rules.

It is HEREBY ORDERED that the parties shall meet and confer, as defined by the Northern District Civil Local Rules, to address whether any portions of the First Amended Complaint could be filed in the public record. The parties shall meet and confer by no later than

1  October 14, 2016. The parties shall file a joint certification that they have met and conferred by
2  no later than October 17, 2016.
3        On October 19, 2016, the parties shall submit supplemental declarations setting forth their
4  respective positions as to what portions, if any, of the First Amended Complaint may be filed in
5  the public record, keeping in mind the requirements that requests to seal must be narrowly tailored
6  to seek only sealing of sealable material.
7  **IT IS SO ORDERED.**
8  Dated: October 7, 2016

_____
JEFFREY S. WHITE
United States District Judge

2